# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In the Matter of the Search of | ) | **ORDER** |
| Facebook accounts associated with | ) | |
| Maurice Robert Thill and B.F. (a minor) | ) | Case No. 1:20-mj-162 |

The affidavit submitted in conjunction with the application for the search warrant in this matter identifies the minor by name. The United States shall file a copy of the affidavit redacting this information. Upon the filing of the redacted affidavit, all materials associated with the above-captioned Search Warrant save the original affidavit shall be unsealed without further order of the court. The original, affidavit shall remain under seal.

**IT IS SO ORDERED.**

Dated this 5th day of October, 2020.

>           */s/ Clare R. Hochhalter*
>           Clare R. Hochhalter, Magistrate Judge
>           United States District Court